

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0020

Lucille Penton
   versus
Beacon Behavioral Hospital, Beacon Hospital Management,
Inc., Beacon Behavioral Hospital-Northshore, Inc., Jasmine,
MHT, Nurse 2, Dana Boihem, RN, Erica Pecquet, RN, George
Terrebonne, Brian Holt, RN, and ABC Insurance Company

TO:   Kelly M. Brian
1060 West Causeway Appro:
Mandeville, LA 70471

Aldric C. Poirier Jr.
1060 W. Causeway Approacl
Mandeville, LA 70471
apoirier@bluewilliams.com

Steven Elias Psarellis  Esq.
3939 N. Causeway Boulevar(
Suite 100
metairie, LA 70002

Hon. Raymond S. Childress
P. O. Box 608
Franklinton, LA 70438

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUCILLE PENTON

VERSUS

BEACON BEHAVIORAL HOSPITAL,
BEACON HOSPITAL MANAGEMENT,
INC., BEACON BEHAVIORAL
HOSPITAL-NORTHSHORE, INC.,
JASMINE, MHT, NURSE 2, DANA
BOIHEM, RN, ERICA PECQUET,
RN, GEORGE TERREBONNE, BRIAN
HOLT, RN, AND ABC INSURANCE
COMPANY

NO.  2022 CW 0020

**MAY 20, 2022**

---

In Re:    Beacon Hospital Management, Inc., Beacon Behavioral
          Hospital-Northshore, Inc., Erica Pecquet, RN, and Dana
          Boihem, RN, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2018-13615.

---

**BEFORE:    WHIPPLE, C.J., HOLDRIDGE AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT